UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
JUAN ORTEGA, *on behalf of himself and all others* :
*similarly situated*, :
 :
                                Plaintiff, : 21-CV-10068 (JMF)
 :
      -v- : <u>ORDER</u>
 :
BAMKO, LLC, :
                                Defendant. :
 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's November 29, 2021 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on January 7, 2022. ECF No. 7. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to February 1, 2022.

      SO ORDERED.

Dated: January 25, 2022
       New York, New York
                                                           JESSE M. FURMAN
                                              United States District Judge